

**STATE OF WISCONSIN
DEPARTMENT OF JUSTICE**

**Josh Kaul
Attorney General**

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

Karla Z. Keckhaver
Assistant Attorney General
keckhaverkz@doj.state.wi.us
608/264-6365
FAX 608/294-2907

February 28, 2023

**VIA ECF**

Mr. Christopher G. Conway
Clerk
United States Court of Appeals
For the Seventh Circuit
219 South Dearborn Street
Chicago, IL 60604

    Re:   *Terrance Prude v. Anthony Meli, et al.*
           No. 21-1320

Dear Mr. Conway:

    The purpose of this letter is to correct a citation error in the brief I filed on behalf of Defendants-Appellees in the above-referenced appeal.

    The citation to "*Steffey v. Orman*, 461 F.3d 1218, 1221 (7th Cir. 2006)" on page 18 includes the wrong circuit number and pinpoint citation. (7th Dkt. 37:18.) The citation should read: *Steffey v. Orman*, 461 F.3d 1218, 1223 (10th Cir. 2006).

    I apologize for this error and any inconvenience it may have caused.

                              Sincerely,

                              Electronically signed by:

                              <u>s/ Karla Z. Keckhaver</u>
                              Karla Z. Keckhaver
                              Assistant Attorney General

KZK:ajw

    c:    Counsel of Record (via ECF)